UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:19-cv-2480 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR, CDCR, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the January 21, 2020 findings and recommendations and an order directing the prison to provide him with pen fillers. Plaintiff states he requires an extension of time to provide the court with specific, detailed evidence in support of his claims. At this juncture, plaintiff should not provide the court with evidence. This court recommended that this action be dismissed for plaintiff's failure to state any claims for relief. As described in this court's findings and recommendations, plaintiff cannot state claims for relief based on his loss of property or on the way in which his appeals were processed. In any objections to the findings and recommendations, plaintiff should only attempt to show why his complaint does, in fact, state claims for relief under 42 U.S.C. § 1983. That said, this court accepts that filing objections may require additional time and will grant the requested extension of time.

////

With respect to plaintiff's request for pen fillers, plaintiff states that he requires four pen fillers to complete his objections. Plaintiff does not, however, explain why this is so. Attachments to plaintiff's filing show that the prison should be providing inmates with two pen fillers at a time and that plaintiff may exchange one pen filler each week for a new one. Because this court is recommending dismissal of this action, and out of an abundance of caution, this court will direct the Attorney General's Office to contact the litigation coordinator at California State Prison, Sacramento ("CSP-Sac"), to determine whether plaintiff has adequate pen fillers to complete his objections.

For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 7) is granted.
2. Plaintiff is granted sixty days from the date of this order in which to file his objections.
3. The Office of the California Attorney General is instructed to:
    a. Contact the CSP-Sac Litigation Coordinator to determine what, if any, access plaintiff currently has to pen fillers or other writing implements.
    b. Within fifteen days after the filing date of this order, file and serve a statement reflecting the findings of such inquiry, including all appropriate declarations.
4. The Clerk of the Court is directed to serve a copy of this order on Ms. Monica Anderson, Supervising Deputy Attorney General

Dated: February 5, 2020

DLB:9
DB/prisoner-civil rights/perr2480.36obj

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE