UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR, CDCR, et al.,<br><br>    Defendants. | No. 2:19-cv-2480 JAM DB P<br><br><br>ORDER |

Plaintiff has filed a motion for a ninety-day extension of time to file objections. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted in part; and

2. Plaintiff is granted sixty (60) days from the date of this order in which to file objections to: (a) this court's findings and recommendations filed on January 21, 2020, and (b) this court's findings and recommendations filed on March 31, 2020.

Dated: May 18, 2020

DLB:9/DB/prisoner-civil rights/perr2480.36

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE