UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, CDCR, et al.,<br><br>Defendants. | No. 2:19-cv-2480 JAM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2020 and March 20, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within a certain period of time. Plaintiff then sought, and was granted, extensions of time to file his objections. Any objections to both sets of findings and recommendations were due on July 20, 2020. (See May 19, 2020 Order (ECF No. 15).) Plaintiff has not filed objections.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 31, 2020 are adopted in full. Plaintiff's motion for a stay of these proceedings (ECF No. 12) is denied.

2.  The findings and recommendations filed January 21, 2020 are adopted in full.  This action is dismissed for plaintiff's failure to state a claim upon which relief can be granted.

DATED: August 24, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE