UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:19-cv-2480 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR, CDCR, et al., | |
| Defendants. | |

On October 27, 2020, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on August 24, 2020. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: November 5, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/perr2480.58

1